EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | 2010 TSPR 46 |
| | |
| Darío Padín Mimoso | 178 DPR \_\_\_\_ |

Número del Caso: TS-3077

Fecha: 30 de marzo de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Darío Padín Mimoso
                                    3077

RESOLUCIÓN

San Juan, Puerto Rico, a  30 de marzo de 2010.

Examinada la solicitud presentada por el Lcdo. Darío Padín Mimoso, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo